

**GRANTED**  Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

Dated: Jun 06, 2011

R. Michael Mullins
District Court Judge
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Jun  6 2011  2:17PM MDT
Filing ID: 37981328
Review Clerk: Patricia Garcia

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street, Denver, Colorado  80202 | |
| **Plaintiff:**   KAREN ANDERSON,<br><br>vs.<br><br>**Defendants:**   J.P. MORGAN CHASE & CO. a/k/a J.P. MORGAN CHASE AND COMPANY, its Known and Unknown Partners, Contractors, Subcontractors, Successors, Heirs and Assigns; DIEBOLD, INCORPORATED, its Known and Unknown Partners, Contractors, Subcontractors, Successors, Heirs and Assigns; ALL MAINTENANCE COMPANIES KNOWN and UNKNOWN, PARTNERS, CONTRACTORS, SUBCONTRACTORS, SUCCESSORS, HEIRS and ASSIGNS; JOHN DOE and JANE DOE, WHOSE TRUE IDENTITIES ARE UNKNOWN. | ▲  COURT USE ONLY  ▲ |
| *Attorneys for Plaintiff:*<br>Geoffrey S. Gulinson, #19351<br>Geoffrey S. Gulinson & Associates, P.C.<br>4155 East Jewell Avenue, Suite 402<br>Denver, CO  80222<br>Phone:  (303) 753-0037<br>Fax:  (303) 753-4599<br>Email: geoff@geoffreysgulinson.com | Case No. 11-CV-2381<br><br>Division 275 |
| **MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECT SERVICE OF PROCESS UPON THE DEFENDANTS** | |

COMES NOW Plaintiff, Karen Anderson, (hereinafter "Plaintiff"), by and through her counsel of record, Geoffrey S. Gulinson & Associates, P.C. and hereby requests an extension of time within which to complete process of service in the within action up to and including ninety (90) days from the date of the Order.  As grounds therefore, Plaintiff states as follows:

1. Counsel for the Plaintiff has submitted a demand and several supplements to counsel for the Defendants.

2. The Plaintiff has recently undergone an Impairment Rating.  Counsel for the Plaintiff is in the process of submitted the Impairment Rating to counsel for the Defendants.

3.       Counsel for the Plaintiff is hopeful that after the Defendants' counsel have completed their review of the information provided and with ongoing settlement negotiations the parties will be able to resolve the Plaintiff's claim without the need for additional litigation.

4.       Pursuant to Colorado Rule Civ. Proc. 6 and La Junta & Lamar Canal Co. v. Fort Lyon Canal Co., 25 Colo. 515, 55 P. 728 (1998), when the required steps in each case cannot be taken within the time limit, on a good cause shown, such time may be extended.  See also Weaver v. Colorado Court of Appeals, 731 P2d 736 (Colo. 1987); People v. Allen, 182 Colo. 395, 513 P2d 1060 (1973); and Chapman v. Miller, 29 Colo. App. 8, 476 P2d 763 (1970).

WHEREFORE, for the grounds and reasons stated herein, the Plaintiff prays for a ninety (90) day extension of time within which to serve the Defendants in the within matter.

Respectfully submitted this 31st day of May, 2011.

GEOFFREY S. GULINSON & ASSOC., P.C.

*A duly signed original on file at the office of Geoffrey S. Gulinson & Associates, P.C.*

      /s/ Geoffrey S. Gulinson, Esq.
Geoffrey S. Gulinson, #19351
*Attorneys for Plaintiff*


**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of May, 2011, a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME IN WHICH TO EFFECT SERVICE OF PROCESS UPON THE DEFENDANTS** was efiled and served upon the following parties:

Jamey W. Jamison, Esq.
Harris, Karstaedt, Jamison & Powers, P.C.
10333 E. Dry Creek Road, Suite 300
Englewood, Colorado 80112

*A duly signed original on file at the office of Geoffrey S. Gulinson & Associates, P.C*

Jennifer Lesmeister, Paralegal

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Denver County District Court 2nd JD |
| **Judge:** | Ronald M Mullins |
| **File & Serve Transaction ID:** | 37881385 |
| **Current Date:** | Jun 06, 2011 |
| **Case Number:** | 2011CV2381 |
| **Case Name:** | ANDERSON, KAREN vs. JP MORGAN CHASE & CO et al |

**Court Authorizer Comments:**

Plaintiff's MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECT SERVICE OF PROCESS UPON THE DEFENDANTS filed May 31, 2011, is GRANTED. Plaintiff shall have ninety (90) days from the date of this order to effect service of process.

**/s/ Judge Ronald M Mullins**