IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No.: 11-cv-01911-CMA-KMT

KAREN ANDERSON,

Plaintiff,

v.

J.P. MORGAN CHASE & CO. a/k/a J.P. MORGAN CHASE AND COMPANY, its Known and Unknown Partners, Contractors, Subcontractors, Successors, Heirs and Assigns;
DIEBOLD, INCORPORATED, its Known and Unknown Partners, Contractors, Subcontractors, Successors, Heirs and Assigns;
ALL MAINTENANCE COMPANIES KNOWN AND UNKNOWN PARTNERS, CONTRACTORS, SUBCONTRACTORS, SUCCESSORS, HEIRS AND ASSIGNS;
JOHN DOE and JANE DOE, WHOSE TRUE IDENTITIES ARE UNKNOWN,

Defendants.

_____

**ORDER FOR DISMISSAL WITH PREJUDICE**
_____

THIS MATTER is before the Court on the Stipulation for Dismissal With Prejudice (Doc. # 49), filed on June 4, 2012.  The Complaint and the claims of the plaintiff asserted against the defendants in the above-captioned civil action are hereby dismissed with prejudice, each party to pay their own costs, fees and expenses.

DATED: June 4, 2012.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge